IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OCTAVIA WEST,<br>    Plaintiff,<br><br>v.<br><br>ALLEGHENY GENERAL<br>HOSPITAL,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 09-486<br>)<br>)<br>)<br>) |

ORDER

AND NOW this 25th day of April, 2009, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record